# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 496 WAL 2014 |
| Petitioner | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| PAUL ROBERT MILLER, | |
| Respondent | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.